| | |
|---|---|
| 1 | CHRISTOPHER CHIOU |
| | Acting United States Attorney |
| 2 | District of Nevada |
| | Nevada Bar Number 14853 |
| 3 | EDWARD G. VERONDA |
| | Assistant United States Attorney |
| 4 | 501 Las Vegas Boulevard South |
| | Suite 1100 |
| 5 | Las Vegas, Nevada 89101 |
| | 702-388-6336 |
| 6 | Edward.G.Veronda@usdoj.gov |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00222-RFB-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (First Request) |
| MISAEL ELIAS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Edwardda Veronda, Assistant United States Attorney, counsel for the United States of America, and Brian McDonnel, counsel for Misael Elias, that the Sentencing Hearing currently scheduled on June 17, 2021 at 1:00 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than forty (40) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the Defendant needs additional time to confer with his client regarding sentencing and the options available to the Defendant to achieve the most just result at sentencing.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

4. Counsel for the Government is unavailable July 30, 2021 to August 4, 2021, but available all other times.

5. As counsel for the Defendant is traveling from Southern California, counsel for the Defendant respectfully requests that sentencing be held, if possible, on July 27, August 10-11, or August 19-20, 2021, provided such dates are also convenient to the Court.

This is the first request for a continuance of the Sentencing Hearing.

DATED this 27th day of May, 2021.

|  |  |
|---|---|
|  | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By *Brian McDonnel, Esq.*<br>BRIAN MCDONNEL<br>Counsel for Defendant | By *Edward J. Veronda*<br>EDWARD J. VERONDA<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MISAEL ELIAS,<br><br>  Defendant. | Case No. 2:20-cr-00222-RFB-VCF<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled for Wednesday, June 17, 2021 at 1:00 p.m., be vacated and continued to ___July 29, 2021____ at the hour of 10 00 a .m.; or to a time and date convenient to the court.

DATED this 1st day of June, 2021.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE