

# United States District Court
### Central District of California
## Office of the Clerk

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

January 27, 2026

_____ FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
_____ PARTIES OF RECORD

**FEB 02 2026**

CLERK, DISTRICT COURT
DISTRICT OF NEVADA

BY:_____ DEPUTY

Clerk, United States District Court

_____ District of _____Nevada_____

333 Las Vegas Boulevard South, 1st Floor
Las Vegas, NV  89101-7065

Re:    Transfer of Jurisdiction of Probation

Your Case No.  2:20CR00222 _____

Assigned Our Case No.  CR 26-35 CV _____

Case Title:  USA v. Misael Elias _____

Dear Sir/Madam:

Enclosed please find:

☒ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge __DOLLY M. GEE_____.

Please forward to this district copies of the following documents:
1)    Indictment, Information, or Complaint
2)    Judgment and Probationary Order
3)    If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/or document reflecting such consent, or waiver form.

The probationer has been assigned our case number as referenced above.  Please include this case number in all future correspondence.

☐ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer, which has been denied by Judge _____.

Sincerely,

Clerk, U.S. District Court

By  _G. Kami_____    grace_kami@cacd.uscourts.gov
Deputy Clerk

cc:    Probation Office, Central District of California
Probation Office, District of Origin

CR-25 (06/24)                **TRANSMITTAL LETTER - PROBATION TRANSFER IN**

| PROB 22 (Rev. 01/24) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | **FILED** CLERK, U.S. DISTRICT COURT 1/26/2026 CENTRAL DISTRICT OF CALIFORNIA BY: RYO DEPUTY | 2:20CR00222 |
| | | DOCKET NUMBER (Rec. Court) 2:26-cr-00035-CV |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Misael Elias<br><br>Bell, California 90201 | Nevada | U.S. Probation Office |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | Richard F. Boulware |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 11/4/2022 | 11/3/2028 |

OFFENSE
Conspiracy to Distribute a Controlled Substance

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
To better address future violations and CD/CA request

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____Nevada_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

1/13/2026
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____Central_____ DISTRICT OF _____California_____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

January 26, 2026
_____
Effective Date

_____
United States District Judge

1



**United States District Court**
Central District of California
**Office of the Clerk**

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

January 27, 2026

Clerk, United States District Court

_____ District of _____Nevada_____

333 Las Vegas Boulevard South, 1st Floor
Las Vegas, NV  89101-7065

Re:     Transfer of Jurisdiction of Probation

Your Case No. _2:20CR00222_____

Assigned Our Case No. _CR 26-35 CV_____

Case Title: _USA v. Misael Elias_____

Dear Sir/Madam:

Enclosed please find:

☒ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge _DOLLY M. GEE_____.

Please forward to this district copies of the following documents:
1)     Indictment, Information, or Complaint
2)     Judgment and Probationary Order
3)     If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/or document reflecting such consent, or waiver form.

The probationer has been assigned our case number as referenced above.  Please include this case number in all future correspondence.

☐ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer, which has been denied by Judge _____.

Sincerely,

Clerk, U.S. District Court

By _G. Kami_      _grace_kami@cacd.uscourts.gov_
Deputy Clerk

cc:     Probation Office, Central District of California
Probation Office, District of Origin

CR-25 (06/24)                    TRANSMITTAL LETTER - PROBATION TRANSFER IN

| PROB 22<br>(Rev. 01/24)<br><br>TRANSFER OF JURISDICTION | FILED<br>CLERK, U.S. DISTRICT COURT<br>1/26/2026<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:_____RYO_____DEPUTY | DOCKET NUMBER *(Tran. Court)*<br>2:20CR00222 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)*<br>2:26-cr-00035-CV |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>Misael Elias<br><br>Bell, California  90201 | DISTRICT<br>Nevada | DIVISION<br>U.S. Probation Office |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>Richard F. Boulware | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>11/4/2022 | TO<br>11/3/2028 |

**OFFENSE**
Conspiracy to Distribute a Controlled Substance

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
To better address future violations and CD/CA request

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____Nevada_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  Central District of California  upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

1/13/2026
_____
Date

_____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____Central_____ DISTRICT OF _____California_____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

January 26, 2026
_____
*Effective Date*

_____
*United States District Judge*

1

Clerk, United States District Court
District of Nevada
333 Las Vegas Boulevard South, 1st Floor
Las Vegas, NV 89101-7065